E-filed 12/28/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>        Plaintiff,<br><br>    v.<br><br>LONDINA, LLC, et al.,<br><br>        Defendants. | Case No.16-cv-04027-HRL<br><br>**ORDER TO SHOW CAUSE** |

The deadline for plaintiff to file a Notice of Need for Mediation was December 12, 2016 (Dkt. No. 10; General Order 56). No such notice has been filed. Additionally, the docket does not show any evidence that any defendants have been served. The deadline for completing service is long past. Dkt. No. 10; Fed. R. Civ. P. 4(m).

Accordingly, the court hereby issues an order to show cause why plaintiff's claims should not be dismissed for failure to prosecute.

A response to this order to show cause is due no later than January 17, 2017. The hearing on the order to show cause will be held January 24, 2017, at 10:00 AM, in Courtroom 2, Fifth Floor, 280 South 1st Street, San Jose, CA. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 12/28/2016

_____
HOWARD R. LLOYD
United States Magistrate Judge